# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF PUERTO RICO

**United States of America**

**CRIMINAL CASE 17-0513-01 (ADC)**

**GOVERNMENT'S EXHIBIT LIST**

v.

**José A. Tirado-Nieves**

| PRESIDING U. S. DISTRICT COURT JUDGE | | | | PLAINTIFF'S ATTORNEY: | DEFENDANT'S ATTORNEY: |
|---|---|---|---|---|---|
| **Aida M. Delgado-Colon** | | | | **Marie Christine Amy** | **AFPD Juan Michelen** |
| SENTENCING DATE:  October 9, 2018 | | | | COURT REPORTER: | COURTROOM DEPUTY : |
| | | | | **Amy Walker** | **Sarah V. Ramón** |

| | DOC. NUMBER | DATE OFFERED | MARKED AS | DATE ADMITTED AS AN EXH | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 1 | 10/9/2018 | EXH | 10/9/2018 | **Photo of bag with seized items** |
| | 2 | 10/9/2018 | EXH | 10/9/2018 | **Photo of luggage and other seized items** |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

.        Include a notation as to the location of any exhibit not held with the case file or not available because of size.