IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>　　　　v.<br><br>JOSE A. TIRADO-NIEVES,<br>　　　Defendant. | CRIMINAL NO.: 17-513 (ADC) |

NOTICE OF APPEAL

TO THE HONORABLE COURT:

Notice is hereby given by Jose A. Tirado-Nieves, the defendant herein, that he respectfully appeals to the United States Court of Appeals for the First Circuit from the Judgment and Sentence entered against him on October 10, 2018 before Honorable Aida Delgado-Colon, United States District Judge for the District of Puerto Rico.

Defendant further requests that the Office of the Federal Defender, District of Puerto Rico, continue representing him in this appeal.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 12th day of October 2018.

　　　　　　　　ERIC A. VOS
　　　　　　　　Federal Public Defender
　　　　　　　　District of Puerto Rico

　　　　　　　　*/S/ Juan J. Michelen*
　　　　　　　　Juan J. Michelen
　　　　　　　　USDC-G02601
　　　　　　　　A.F.P.D. for Defendant
　　　　　　　　241 Franklin D. Roosevelt Avenue
　　　　　　　　San Juan, PR   00918-2441
　　　　　　　　Tel. (787) 281-4922
　　　　　　　　Fax (787) 281-4899
　　　　　　　　E-mail: juan_michelen@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

In San Juan, Puerto Rico, this 12th day of October 2018.

**ERIC A. VOS**
**Federal Public Defender**
**District of Puerto Rico**

*/S/ JUAN J. MICHELEN*
**JUAN J. MICHELEN**
**USDC-G02601**
**A.F.P.D. for Defendant**
**241 Franklin D. Roosevelt Avenue**
**San Juan, PR   00918-2441**
**Tel. (787) 281-4922**
**Fax (787) 281-4899**
**E-mail :** juan_michelen@fd.org